No. 90–243. BURT ET UX. *v.* MAUI ARCHITECTURAL GROUP, INC., ET AL. Sup. Ct. Haw. Certiorari denied.

No. 90–250. PERKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–251. FIGUEROA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–252. FERDINAND DREXEL INVESTMENT CO., INC., ET AL. *v.* ALIBERT ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–260. WAGNER *v.* PENNSYLVANIA REAL ESTATE COMMISSION. Commw. Ct. Pa. Certiorari denied.

No. 90–261. OLSON *v.* MARSTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–264. STERNER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 90–265. STACK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–267. CULPEPPER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–283. SCHWARK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–306. STROH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–312. DAVIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5001. SCHIEMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–5002. MOORE *v.* TRUMP CASINO-HOTEL. C. A. 3d Cir. Certiorari denied.

No. 90–5004. CHASE *v.* PETERSON ET AL. C. A. 9th Cir. Certiorari denied.